## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARC ANTWAIN X. RIVER, SR. MUHAMMED, | : | No. 547 MAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| SIMONE WOODS ROSE MUHAMMED, VANESSA ANN BUTLER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.